EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Gerardo De Jesús Annoni | 2019 TSPR 18<br><br>201 DPR ____ |

Número del Caso:  TS-9,535


Fecha: 31 de enero de 2019


 Abogado del Peticionario:

        Por derecho propio


Materia:  Resolución del Tribunal


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Gerardo De Jesús Annoni

TS-9535

RESOLUCIÓN

En San Juan, Puerto Rico, a 31 de enero de 2019.

Examinada la *Urgente moción de reconsideración y solicitud para que se deje sin efecto opinión y sentencia* que presentó el Sr. Gerardo De Jesús Annoni, autorizamos al Programa de Educación Jurídica Continua a acreditar los cursos en materia general evidenciados por el señor De Jesús Annoni por los dieciocho (18) créditos adeudados en materia notarial. En vista de ello, reconsideramos nuestra Opinión Per Curiam de 13 de diciembre de 2018 y dejamos sin efecto su suspensión del ejercicio de la abogacía.

Se apercibe al licenciado De Jesús Annoni que cualquier incumplimiento con los requisitos del Programa de Educación Jurídica Continua o las órdenes de este Tribunal podrá dar lugar a su suspensión inmediata e indefinida del ejercicio de la abogacía. Además, se le apercibe que si desea peticionar su reinstalación a la práctica notarial, deberá acreditar que tomó dieciocho (18) créditos en esa materia como condición previa a su admisión.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Rivera García disiente. La Jueza Presidenta Oronoz Rodríguez y el Juez

Asociado señor Colón Pérez no intervinieron. La Juez Asociada señora Rodríguez Rodríguez no interviene.


                              José Ignacio Campos Pérez
                          Secretario del Tribunal Supremo